FILED'10 MAR 17 15:16 USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| UNITED STATES OF AMERICA | No. CR 10 - 106 - KI |
|---|---|
| v. | **INDICTMENT** |
| CHARLES WILLIAM OWENS, | 29 U.S.C. § 501(c) |
| Defendant. | |

THE GRAND JURY CHARGES:

### COUNTS 1 - 10

(Embezzlement and Theft of Labor Union Assets - 29 U.S.C. § 501(c))

1.  On or about the dates listed below, in the District of Oregon, defendant **CHARLES WILLIAM OWENS**, while the Financial Secretary of the Carpenters Local Union 2791, a labor organization engaged in an industry affecting commerce within the meaning of Title 29, United States Code, Sections 402(i) and 402(j), did embezzle, steal, and unlawfully and willfully abstract and convert to his own use, the moneys, funds, securities, property, and other assets of said labor organization, by making unauthorized cash withdrawals from LU 2791 accounts in the approximate amounts listed below:

| Count | Date | Amount of Embezzled Funds |
|---|---|---|
| 1 | 4/21/2005 | $1,000.00 |
| 2 | 1/17/2006 | $300.00 |
| 3 | 3/20/2006 | $500.00 |
| 4 | 8/8/2006 | $500.00 |
| 5 | 12/12/2006 | $1,000.00 |
| 6 | 6/28/2007 | $600.00 |
| 7 | 12/21/2007 | $800.00 |
| 8 | 1/15/2008 | $500.00 |
| 9 | 2/11/2008 | $1,740.00 |
| 10 | 5/28/2008 | $806.00 |

All in violation of 29 U.S.C. § 501(c).

## FORFEITURE ALLEGATION

Upon conviction of one or more of the offenses alleged in Counts 1-10 of this Indictment, defendant **CHARLES WILLIAM OWENS** shall forfeit to the United States pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), any property constituting or derived from proceeds obtained directly or indirectly as a result of the said violations.

If any of the above-described forfeitable property, as a result of any act or omission of the defendant(s):

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third party;

(c) has been placed beyond the jurisdiction of the court;

Page 2 - INDICTMENT

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p) as incorporated by 18 U.S.C. § 982(b), to seek forfeiture of any other property of said defendants up to the value of the forfeitable property.

DATED this 17 day of March, 2010.

A TRUE BILL

_____
OFFICIATING FOREPERSON

Presented by:
DWIGHT C. HOLTON
United States Attorney

_____
CRAIG J. GABRIEL, OSB #012571
Assistant United States Attorney

Page 3 - INDICTMENT